**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Steven J. Bushinsky, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; IBEW LOCAL 351 SURETY FUND; IBEW LOCAL 351 WELFARE FUND; IBEW LOCAL 351 JOINT APPRENTICESHIP AND TRAINING COMMITTEE; SOUTH JERSEY ELECTRICAL WORKERS TEMPORARY DISABILITY FUND for and on behalf of themselves and said FUNDS; and IBEW LOCAL UNION NO. 351, | Case No.: 16-09271-RBK-AMD |
| *Plaintiffs,*  v.  BATTAGLIA ELECTRIC, INC.,  Defendant. | **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 3rd day of April 2017; and,

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Battaglia Electric, Inc. the sum of **$4,861.67**, which is inclusive of interest, liquidated

damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
~~Ann Marie Donio, U.S.M.J.~~
Robert B. Kugler, USDJ